UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY<br>185 Asylum Street<br>Hartford, Connecticut 06103<br><br>Plaintiff,<br><br>v.<br><br>LIBYAN STUDENT PLAN<br>2600 Virginia Avenue, N.W., Suite 705<br>Washington, D.C. 20037<br><br>GOVERNMENT OF LIBYA<br>2600 Virginia Avenue, N.W., Suite 300<br>Washington, D.C. 20037<br><br>Defendants. | CASE NO. |

## COMPLAINT

Plaintiff, UnitedHealthcare Insurance Company ("UnitedHealthcare"), for its Complaint against defendants Libyan Student Plan and the Government of Libya ("Libya"), hereby states and alleges as follows:

1. This is a breach of contract action arising out of Defendants' failure to make $5,561,787.30 in payments due to UnitedHealthcare pursuant to two group insurance policies issued by UnitedHealthcare to the Libyan Student Plan. The Libyan Student Plan and Libya have acknowledged the indebtedness, but have not paid the amount due.

## THE PARTIES

2. Plaintiff UnitedHealthcare is a corporation organized and existing under the laws of Connecticut, with its principal place of business in Hartford, Connecticut. UnitedHealthcare provides a broad range of health benefit products and services for both consumers and benefit sponsors.

3. Libya is a foreign state as defined in 28 U.S.C. § 1603.

4. Libyan Student Plan is, on information and belief, a part of the Libyan Student North American Scholarship Program operated by Libya's Ministry of Higher Education and Scientific Research. The Libyan Student Plan arranges, on behalf of Libya, to contract for group medical and dental insurance on behalf of and for the benefit of Libyan students studying in American graduate schools.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1330(a) because Libya is a foreign state; because this Complaint asserts a claim for *in personam* relief; and because neither Libya nor the Libyan Student Plan is entitled to immunity under 28 U.S.C. §§ 1605 – 1607 in that Libya and the Libyan Student Plan waived sovereign immunity with respect to the insurance policies at issue in this Complaint and because this action is based upon a commercial activity carried on in the United States by Libya and the Libyan Student Plan.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1391(f).

## FACTS

7. UnitedHealthcare and Libya, through the Libyan Student Plan, entered into two related Group Policies effective July 1, 2013, with the Enrolling Group Number 755043, pursuant to which UnitedHealthcare agreed to provide the Libyan Student Plan with certain benefits for covered health and dental services (hereinafter, the "Policy").

8. UnitedHealthcare and Libya, through the Libyan Student Plan, renewed the Policy effective July 1, 2014, on the same terms as the original Group Policies, save only for an increase in the monthly premium owed by Libya, through the Libyan Student Plan, for the covered services. As of July 1, 2014, and in exchange for UnitedHealthcare's agreement to provide

certain benefits for covered health and dental services, Libya, through the Libyan Student Plan, agreed to pay a monthly premium based on total enrollment, with payment due on the first date of each month.

9. The Policy was delivered to Libya and the Libyan Student Plan in the District of Columbia and is governed by the laws of the District of Columbia. Moreover, Libya and the Libyan Student Plan agreed that any notice sent under the Policy must be sent to them in Washington, District of Columbia.

10. On information and belief, Libya and the Libyan Student Plan contracted with a Canadian non-profit organization, Canadian Bureau of International Education ("CBIE"), to act as the authorized agent for Libya and the Libyan Student Plan to, among other things, select insurance providers in the United States, enter into group insurance policies for the Libyan Student Plan, enroll Libyan students in the Libyan Student Plan, and make payments to insurers on behalf of Libya and the Libyan Student Plan.

11. CBIE, on behalf of Libya and the Libyan Student Plan, paid the monthly premiums due to UnitedHealthcare for each month of covered services through January 2015, but failed to pay the monthly premium due for the month of February 2015.

12. The "grace period" provision of the Group Policy provides that if the monthly premium is not paid by the due date, the Policy will remain in force for 31 days, then automatically terminate, absent payment of the past due premium.

13. UnitedHealthcare gave Libya and the Libyan Student Plan notice that the Policy would be discontinued if Libya and the Libyan Student Plan failed to meet the payment requirements under the Policy during the grace period. Despite receiving notice that the Policy would be discontinued if payment was not received, Libya and the Libyan Student Plan failed to

pay the February Policy premium and, as a result, the Group Policy was terminated effective March 3, 2015.

14.   UnitedHealthcare complied at all times with its obligations under the Policy.

15.   Libya and the Libyan Student Plan owe UnitedHealthcare $2,773,807.97 for February benefits coverage.

16.   Additionally, under the Policy, a full month's premium is due when Policy coverage is provided for any portion of a calendar month. Because UnitedHealthcare continued to provide coverage under the Policy through March 3, 2015, Libya and the Libyan Student Plan also owe UnitedHealthcare $2,787,979.33 for March.

17.   Libya and the Libyan Student Plan thus owe UnitedHealthcare a total of $5,561,787.30, plus interest.

18.   UnitedHealthcare gave Libya and the Libyan Student Plan written notice of the payment dispute by means of correspondence dated March 4, 2015, and March 17, 2015. UnitedHealthcare subsequently communicated with Libya and the authorized agents of Libya and the Libyan Student Plan, including CBIE, in a good faith effort to resolve this payment dispute.

19.   Libya and the Libyan Student Plan have acknowledged and admitted that they are indebted to UnitedHealthcare for the amounts due.

20.   UnitedHealthcare continues to demand payment from Libya and the Libyan Student Plan for the $5,561,787.30 owed, but Libya and the Libyan Student Plan have failed to pay the amounts due.

WHEREFORE, plaintiff UnitedHealthcare Insurance Company respectfully requests that judgment be entered:

A. Awarding UnitedHealthcare Insurance Company the sum of $5,561,787.30, plus post-judgment interest.

B. Awarding UnitedHealthcare Insurance Company its costs and attorneys' fees, and such other relief as the Court deems just and proper.

Dated: May 21, 2015

Respectfully submitted,

Creighton R. Magid #476961
DORSEY & WHITNEY LLP
1801 K Street, N.W., Suite 750
Washington, D.C. 20006
Telephone: (202) 442-3555
Fax: (202) 442-3199
magid.chip@dorsey.com

OF COUNSEL:

Shari Aberle (to be admitted *Pro Hac Vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 343-8267
Fax: (612) 340-2868
aberle.shari@dorsey.com

Attorneys for Plaintiff UnitedHealthcare Insurance Company