**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITEDHEALTHCARE INSURANCE COMPANY** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>)   **CASE NO.  15-CV-00760-TFH**<br>**v.** )<br>)<br>**LIBYAN STUDENT PLAN and** )<br>**GOVERNMENT OF LIBYA** )<br>)<br>**Defendants.** )<br>) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all of the parties that have appeared in this action hereby stipulate to the dismissal of this action with prejudice. The parties further stipulate that each party shall bear its own attorney's fees and costs.

Dated:  May 26, 2016

Respectfully submitted,

*/s/ Creighton R. Magid*
Creighton R. Magid #476961
DORSEY & WHITNEY LLP
1801 K Street, N.W., Suite 750
Washington, D.C.  20006
Telephone:  (202) 442-3555
Fax:  (202) 442-3199
magid.chip@dorsey.com

Shari Aberle (Admitted *Pro Hac Vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone:  (612) 343-8267
Fax:  (612) 340-2868
aberle.shari@dorsey.com

Attorneys for Plaintiff UnitedHealthcare Insurance Company

| | |
|---|---|
| Dated:  May 26, 2016 | */s/ Tanya M. Hanna*<br>Christopher M. Curran #408561<br>Nicole Erb #466620<br>Claire A. DeLelle #974945<br>Tanya M. Hanna #1004283<br>WHITE & CASE LLP<br>701 Thirteenth Street, N.W.<br>Washington, D.C.  20005-3807<br>Telephone:  (202) 626-3600<br>ccurran@whitecase.com<br>nerb@whitecase.com<br>claire.delelle@whitecase.com<br>thanna@whitecase.com<br><br>Attorneys for the Government of Libya and the Libyan Student Plan |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2016, I caused to be filed electronically the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system and accomplished service via the same.

*/s/ Creighton R. Magid*
Creighton R. Magid